[No. 60516-0-I.   Division One.   September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. J.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-01266-6, Anthony P. Wartnik, J. Pro Tem., entered August 8, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60537-2-I.   Division One.   September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AWAZ MAKI MADOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08724-7, Sharon S. Armstrong, J., entered August 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60649-2-I.   Division One.   September 15, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. LEONARD CHARLES HUNTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09133-1, Richard A. Jones, J., entered September 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60877-1-I.   Division One.   September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ELDER ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-00775-2, Alfred L. Heydrich, J. Pro Tem., entered November 6, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.